KELLY ASPHALT BLOCK COMPANY, Respondent, v. BROOKLYN ALCATRAZ ASPHALT COMPANY, Appellant.— Upon settlement of the order to be entered upon the decision of this court [See 190 App. Div. 750], it appears that proper computation of interest as between the parties in accordance with the findings made indicates that at the date of the commencement of the action the defendant had paid to plaintiff, or for its account, all sums due, and had in fact made a small overpayment. The referee charged defendant with interest upon the two items disallowed by him as barred by the Statute of Limitations. Under our decision the defendant is entitled to credit for these payments, with interest. These conclusions appear to require a reversal of the judgment and dismissal of the complaint, instead of the modification directed by the court in the decision made. A reargument is, therefore, ordered upon this question on March 19, 1920, at which time the court will also consider plaintiff's motion for reargument. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ. [See *post*, pp. 920, 922.]

MATHILDA C. KLESPER, Respondent, v. JOHN KLESPER, Appellant.— Order reversed, without costs, and motion denied, without costs, with leave to plaintiff to renew upon papers which set forth fully and in detail plaintiff's financial condition. The motion for alimony was based upon a general allegation by plaintiff that she was without funds for her maintenance and support, and without funds from which to pay for the prosecution of the action. Defendant pointed out that a large sum of money had recently come into plaintiff's possession. Plaintiff makes no reply to this. Under the circumstances this claim of defendant should have been denied by the plaintiff or the application refused. (*Brand* v. *Brand*, 178 App. Div. 822.) Mills, Rich, Putnam, Blackmar and Jaycox, JJ., concur.

JULIUS MAHNECH, Respondent, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the amount of the verdict to the sum of $7,500; in which event the judgment, as so modified and the order, are unanimously affirmed, without costs. Rich, Putnam, Blackmar, Kelly and Jaycox, JJ., concur.

JOSEPH D. NICHOLSON, Respondent, v. NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY SCHLITZ, Appellant.— Judgment of conviction of the County Court of Kings county affirmed by default. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concur.